■ In the Matter of 4508 TAVERN, INC., Petitioner, v STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent New York State Liquor Authority, which directed cancellation of the petitioner's liquor license, imposed a $1,000 bond claim and directed that the petitioner's application for renewal of the license for 1978-1979 be disapproved. Determination confirmed and proceeding dismissed on the merits, with costs. The State Liquor Authority's

determination is amply supported by the record. Hopkins, J. P., Lazer, Rabin and Gulotta, JJ., concur.